# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Bayou Steel BD Holdings, L.L.C.
    Debtor

Bankruptcy Case No.: 19–12153–KBO

Bankruptcy Chapter: 7

---

George L. Miller

    Plaintiff

    vs.

S B Lone Star Diversified, LLC,

    Defendant(s)

Adv. Proc. No.: 21–50227–KBO

## JUDGMENT BY DEFAULT

    On 4/28/21, default was entered against defendant(s) S B Lone Star Diversified, LLC,. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

    Judgment is entered against defendant(s) S B Lone Star Diversified, LLC, in the amount of $ 437,503.25 plus court filing costs in the amount of $350.00 .

Date: 4/28/21

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–433b)